

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Francisco R. Amador and                    (Bankr. Case No.: 17-13315-RAM)
Eduvina I. Amador.

_____/

Francisco R. Amador and                    (Case No.: 1:17-cv-23502-MCG)
Eduvina I. Amador,

    Appellants,

vs.

Jacqueline Calderin, chapter 7 trustee
For the estate of Francisco R. Amador and
Eduvina I. Amador,

    Appellee.

_____/

### APPELLANTS' NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Notice is hereby given that FRANCISCO R. AMADOR AND EDUVINA I. AMADOR, Appellants in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit from the **final order** entered November 28, 2017 by the United States District Court for the Southern District of Florida, Miami Division (DE# 17).

The interested parties to the Order appealed from and the names and addresses of their attorneys are as follows:

    a) Francisco R. Amador and Eduvina I. Amador, appellants herein, are representing themselves.

    b) Jacqueline Calderin, chapter 7 trustee for the estate of Francisco R. Amador and

Eduvina I. Amador, appellee herein, is represented by Tamara Van Heel, Esq., 501 Brickell Key Drive, Ste. 300, Miami, FL 33131; and she is also an employee of the chapter 7 trustee's law firm.

Respectfully submitted,

Date: November 30, 2017        Signed by: _____
                               Francisco R. Amador
                               13220 SW 12 Street
                               Miami, FL 33184

Date: November 30, 2017        Signed by: _____
                               Eduvina I. Amador
                               13220 SW 12 Street
                               Miami, FL 33184
                               Tel: 305-803-7006
                               eduvinaamador1@gmail.com

## PROOF OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY that a copy of the foregoing was served on November 29, 2017, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the U.S. Mail at Miami, Florida, mailed and addressed as follows: Tamara Van Heel, Esq., 501 Brickell Key Drive, Ste. 300, Miami, FL 33131.

Date: November 30, 2017        Signed by: _____
                               Francisco R. Amador
                               13220 SW 12 Street
                               Miami, FL 33184

Date: November 30, 2017        Signed by: _____
                               Eduvina I. Amador
                               13220 SW 12 Street
                               Miami, FL 33184
                               Tel: 305-803-7006
                               eduvinaamador1@gmail.com